# Eastern District of Washington
# U.S. District Court (Spokane)
# CRIMINAL DOCKET FOR CASE #: 2:14−mj−00014−JTR All Defendants

Case title: USA v. Thomson−Sapstead                  Date Filed: 01/10/2014

Assigned to: Magistrate Judge John
T. Rodgers

**Defendant (1)**

**Rowan Thomson−Sapstead**   represented by   **Federal Public Defender − SPO**
Spokane Office
North 10 Post
Suite 700
Spokane, WA 99201
509−624−7606
Fax: 15097473539
Email: andrea_george@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                       **Disposition**

18 USC 2422(b) COERCE A
PERSON UNDER 18 YEARS TO
ENGAGE IN SEXUAL ACTIVITY

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sean Thomas McLaughlin** <br> U S Attorney's Office – SPO <br> 920 W Riverside Suite 300 <br> P O Box 1494 <br> Spokane, WA 99210–1494 <br> 509–835–6347 <br> Email: sean.mclaughlin@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/10/2014 | 1 | 3 | RULE 5 DOCUMENTS RECEIVED from District of Oregon as to Rowan Thomson–Sapstead (1) (JW, Operations Clk) (Additional attachment(s) added on 1/10/2014: # 1 Complaint, # 2 Warrant) (JW, Operations Clk). (Entered: 01/10/2014) |
| 01/10/2014 | 2 | 24 | NOTICE OF HEARING – By Court as to Rowan Thomson–Sapstead (1). Text entry; no PDF attached. Initial Appearance – Rule 5 set for **1/10/2014 at 3:15 PM**, in Spokane, before Magistrate Judge John T. Rodgers. (KR, Judicial Assistant) (Entered: 01/10/2014) |
| 01/10/2014 | 3 | 22 | Oral MOTION for Detention by USA as to Rowan Thomson–Sapstead (1). (MO, Ops Support Clerk) (Entered: 01/10/2014) |
| 01/10/2014 | 4 | 23 | ORDER APPOINTING FEDERAL DEFENDER as to Rowan Thomson–Sapstead (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A. Text entry;no PDF document will issue. This text–only entry constitutes the court order on the matter. Signed by Magistrate Judge John T. Rodgers. (KR, Judicial Assistant) (Entered: 01/10/2014) |
| 01/10/2014 | 5 | 25 | Minute Entry for proceedings held before Magistrate Judge John T. Rodgers: Initial Appearance in Rule 5 Proceedings as to Rowan Thomson–Sapstead (1) held on 1/10/2014 (Reported/Recorded by: FTR/S–740) (MO, Ops Support Clerk) (Entered: 01/10/2014) |
| 01/10/2014 | 6 | 26 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by Rowan Thomson–Sapstead (1) (LS, Courtroom Deputy) (Entered: 01/13/2014) |
| 01/13/2014 | 8 | 28 | ORDER of REMOVAL: Granting Motion for Detention (USM Action Required) as to Rowan Thomson–Sapstead. Signed by Magistrate Judge John T. Rodgers. (LS, Courtroom Deputy) (Entered: 01/13/2014) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,   ) | |
| ) | No.  2:14-mj-00014-JTR-1 |
| vs.                                  ) | |
| ROWAN THOMSON-SAPSTEAD     ) | |
| ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

      Received Rule 5 papers from the United States District Court, District of Oregon.

```
MIME-Version:1.0
From:waed_cmecf@waed.uscourts.gov
To:waed_cmecf@waed.uscourts.gov
Bcc:
--Case Participants: Sean Thomas McLaughlin (sean.mclaughlin@usdoj.gov,
usawae.smclaughlinecf@usdoj.gov), Magistrate Judge John T. Rodgers
(jtr_chambers@waed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:2155382@waed.uscourts.gov
Subject:Case 2:14-mj-00014-JTR USA v. Thomson-Sapstead Motion for Detention
```
Content–Type: text/html

### Eastern District of Washington

### U.S. District Court

### Notice of Electronic Filing

**The following transaction was entered on 1/10/2014 at 3:53 PM PST and filed on 1/10/2014**

| | |
|---|---|
| **Case Name:** | USA v. Thomson–Sapstead |
| **Case Number:** | <u>2:14–mj–00014–JTR</u> |
| **Filer:** | USA |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**Oral MOTION for Detention by USA as to Rowan Thomson–Sapstead (1). (MO, Ops Support Clerk)**

**2:14–mj–00014–JTR–1 Notice has been electronically mailed to:**

**Sean Thomas McLaughlin    sean.mclaughlin@usdoj.gov, USAWAE.SMcLaughlinECF@usdoj.gov**

**2:14–mj–00014–JTR–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:waed_cmecf@waed.uscourts.gov
To:waed_cmecf@waed.uscourts.gov
Bcc:
--Case Participants: Federal Public Defender - SPO (andrea_george@fd.org,
karissa_scott@fd.org), Sean Thomas McLaughlin (sean.mclaughlin@usdoj.gov,
usawae.smclaughlinecf@usdoj.gov), Magistrate Judge John T. Rodgers
(jtr_chambers@waed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:2155397@waed.uscourts.gov
Subject:Case 2:14-mj-00014-JTR USA v. Thomson-Sapstead Order Appointing Federal Defender
```
Content−Type: text/html

### Eastern District of Washington

### U.S. District Court

### Notice of Electronic Filing

The following transaction was entered on 1/10/2014 at 4:02 PM PST and filed on 1/10/2014

**Case Name:** USA v. Thomson−Sapstead
**Case Number:** 2:14−mj−00014−JTR
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**ORDER APPOINTING FEDERAL DEFENDER as to Rowan Thomson−Sapstead (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A. Text entry;no PDF document will issue. This text−only entry constitutes the court order on the matter. Signed by Magistrate Judge John T. Rodgers. (KR, Judicial Assistant)**

**2:14−mj−00014−JTR−1 Notice has been electronically mailed to:**

**Federal Public Defender − SPO   andrea_george@fd.org, karissa_scott@fd.org**

**Sean Thomas McLaughlin   sean.mclaughlin@usdoj.gov, USAWAE.SMcLaughlinECF@usdoj.gov**

**2:14−mj−00014−JTR−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:waed_cmecf@waed.uscourts.gov
To:waed_cmecf@waed.uscourts.gov
Bcc:
--Case Participants: Sean Thomas McLaughlin (sean.mclaughlin@usdoj.gov,
usawae.smclaughlinecf@usdoj.gov), Magistrate Judge John T. Rodgers
(jtr_chambers@waed.uscourts.gov)
--Non Case Participants: Probation Office in Spokane
(waepdb_spokane_cmecf@waep.uscourts.gov), USM (court.mail-wae@usdoj.gov)
--No Notice Sent:

Message-Id:2155230@waed.uscourts.gov
Subject:Case 2:14-mj-00014-JTR USA v. Thomson-Sapstead Notice of Hearing - By Court
```
Content–Type: text/html

**Eastern District of Washington**

**U.S. District Court**

**Notice of Electronic Filing**

**The following transaction was entered on 1/10/2014 at 2:12 PM PST and filed on 1/10/2014**

| | |
|---|---|
| **Case Name:** | USA v. Thomson–Sapstead |
| **Case Number:** | 2:14–mj–00014–JTR |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**NOTICE OF HEARING – By Court as to Rowan Thomson–Sapstead (1). Text entry; no PDF attached. Initial Appearance – Rule 5 set for 1/10/2014 at 3:15 PM, in Spokane, before Magistrate Judge John T. Rodgers. (KR, Judicial Assistant)**

**2:14–mj–00014–JTR–1 Notice has been electronically mailed to:**

**Sean Thomas McLaughlin   sean.mclaughlin@usdoj.gov, USAWAE.SMcLaughlinECF@usdoj.gov**

**2:14–mj–00014–JTR–1 Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAGISTRATE JUDGE RODGERS

2:14-MJ-0014-JTR-1
USA   v. ROWAN THOMSON-SAPSTEAD

INITIAL APPEARANCE-RULE 5 HEARING: 01/10/2014

[ X ]   Honorable John T. Rodgers          [ X ]  Sean McLaughlin, Supervising USAtty

[ X ]   Melissa Orosco, Courtroom Deputy   [ X ]  Kevin Downs, US Law Clerk

[ X ]   Melissa Hanson, Pretrial / Probation  [ X ]  Bob Fischer, Defense Counsel

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Complaint from the District of Oregon.   Based upon the representations contained in the Financial Affidavit, the Court appointed the Federal Defender to represent defendant in this district.

The Government orally moved for detention. Defendant waived further proceedings in this district, but reserved the right to hearings in the charging district.   Defendant was remanded to custody of U.S. Marshal.  The U.S. Marshal was directed to transport defendant to charging district.

FTR/S-740 * 3:47 – 4:03 PM

INITIAL APPEARANCE - RULE 5 HEARING:    01/10/2014

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 10 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROWAN THOMPSON SAPSTEAD<br><br>    Defendant. | NO. MJ 6:14-4TC<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS<br><br>(FED. R. CRIM. P. 5)<br><br>(Complaint or Indictment) |

  The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

  1) Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☒ **Complaint**
    ☐ **Indictment**

which specifically sets forth the allegations;

  2) That I have been advised of the maximum penalty provided by law;

  3) My right to remain silent at all times and if I make a statement it can be used against me;

  4) My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this district and the requesting district;

  5) My right to have a preliminary examination hearing, if charged by Complaint, before a United States Magistrate Judge and to have counsel present at that hearing, or waive this hearing in writing;

  6) My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses, and have witnesses attend on my behalf;

  7) My right to state in writing a wish to plead guilty or nolo contendre, to waive trial in the district in which the Indictment is pending, and to consent to disposition of this case in

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - 1

this district, *subject to* the approval of the United States Attorney for the charging district and this district;

    8) My right to an identity hearing to ascertain if I am the person named in the charging document or to waive this hearing in writing;

    9) My right to a detention hearing within three business days, if the United States moves for detention, and to be represented by counsel at that hearing;

    10) My right, if I am not a United States citizen, to have my country's consulate informed of my arrest and detention.

1/10/14      X _[signature]_
Date      Defendant

Interpreted by (if applicable):

_____
(Sign and Print Name)

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROWAN THOMSON-SAPSTEAD,<br><br>Defendant. | No. 2:14-MJ-014<br><br>ORDER OF REMOVAL<br><br>☒    MOTION GRANTED<br>      (ECF No. 3)<br><br>---- ACTION REQUIRED ---- |

Date of hearing: 01/10/2014

☒ Complaint

Defendant appeared, in custody, with Assistant Federal Defender Robert Fischer, and was advised of his rights. Assistant U.S. Attorney Sean McLaughlin and Legal Intern Kevin Downs represented the United States.

☒ Defendant, individually and through counsel, waived the right to an identity hearing, pursuant to Rule 5. Defendant's waiver is accepted as knowing and voluntary.

☒ Defendant, individually and through counsel, waived the right to a probable cause hearing. Defendant's waiver is accepted as knowing and voluntary.

☒ Defendant, individually and through counsel, waived Defendant's right to a bail hearing. Defendant's waiver is accepted as knowing and voluntary. The agreement not to contest detention at this time is without prejudice to the Defendant requesting a bail hearing in the District of Oregon.

ORDER OF REMOVAL - 1

**IT IS ORDERED:**

1. Defendant is committed to the custody of the United States Marshal for detention until further order of the court, and for removal as soon as reasonably possible to the District of Oregon.

2. Defendant shall be made reasonably available for communication with court-appointed counsel.

3. Until appointment of counsel in the charging district, all notices shall be sent to the Federal Defenders of Eastern Washington, N. 10 Post St., Suite 700, Spokane, WA 99201.

DATED January 13 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER OF REMOVAL - 2