FILED 19 MAR '14 13:23 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:14-CR- 121-MC |
| v. | INFORMATION |
| ROWAN THOMSON-SAPSTEAD, | 47 U.S.C. § 223(d) |
| Defendant. | |

### THE U.S. ATTORNEY CHARGES:

### COUNT ONE

### (47 U.S.C. § 223(d))

On or before January 3, 2014, within the District of Oregon and elsewhere, defendant **ROWAN THOMSON-SAPSTEAD,** knowingly used an interactive computer service to communicate with S.M., a victim who at the time was under the age of 18, in order to engage in sexually explicit discussions and to send a request for and receive nude pictures which would constitute child pornography as defined in Title 18, United States Code, Section 2256(8); all in violation of Title 47, United States Code 223(d).

S/ AMANDA MARSHALL
United States Attorney

AMY E. POTTER
Assistant United States Attorney

Information – *United States v. Thomson-Sapstead*        Page 1 of 1